UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
                                          )
**CHRISTOPHER HARRIS,**                   )
       **Plaintiff**            )
       **v.**                  )      **CIVIL ACTION NO. 21-CV-10533**
                                          )
**RELIANCE STANDARD LIFE**                )
**INSURANCE COMPANY,**                    )
       **Defendant**           )
_____)


## JOINT STIPULATION OF DISMISSAL

Plaintiff Christopher Harris and Defendant Reliance Standard Life Insurance Company, by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendant, |
| CHRISTOPHER HARRIS, | RELIANCE STANDARD LIFE |
| By his attorneys, | INSURANCE COMPANY, |
| | By its attorneys, |
| /s/ Jay P. Symonds | |
| Jay P. Symonds BBO No: 637972 | /s/ Kara Thorvaldsen |
| jay@diattorney.com | Kara Thorvaldsen BBO No. 660723 |
| Attorneys Dell and Schaefer, Chartered | Kara.Thorvaldsen@wilsonelser.com |
| 2404 Hollywood Boulevard | Wilson Elser LLP |
| Hollywood, FL 33020 | 260 Franklin Street, 14th Floor |
| 954-620-8300 | Boston, MA 02110 |
| | 617.422.5300 |

## CERTFICATE OF SERVICE

I hereby certify that on January 7, 2022, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Kara Thorvaldsen, BBO No: 660723
Wilson Elser LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
Phone: 617.422.5300
Email: Kara.Thorvaldsen@wilsonelser.com


Dated:  January 7, 2022            /s/ *Jay P. Symonds*
                                   Jay P. Symonds